

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-97,482-01

### EX PARTE MICHAEL JUSTICE WENZEL, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 25-03-04548 IN THE 221ST DISTRICT COURT MONTGOMERY COUNTY

*Per curiam.* FINLEY, J., filed a concurring opinion joined by YEARY, J.

### OPINION

Applicant pleaded guilty, was convicted of possession of a controlled substance, and sentenced to seven months' imprisonment in this cause. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that his plea was involuntary because at the time of his plea, he was not aware that the substance he possessed contained no controlled

substances.  The State agrees.  Based on the record, the trial court has determined that Applicant's plea was involuntary.

Relief is granted.  *Ex parte Mable*, 443 S.W.3d 129 (Tex. Crim. App. 2014), *Brady v. United States*, 397 U.S. 742 (1970).  The judgment in cause number 25-03-04548 in the 221st District Court of Montgomery County is set aside, and Applicant is remanded to the custody of the Sheriff of Montgomery County to answer the charges as set out in the information.  The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: April 30, 2026
Publish